Michael P. Duff, (Bar No. 230280)
Attorney at Law
1717 E. Vista Chino, Suite A7
Palm Springs, California 92262
Tel: (760) 420-9298
Fax: (760)546-0525

Attorney for: Hassan Allahyar

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN ALLAHYARI, an Individual, | ) Case No.: **'23 CV0796 BAS MSB** |
| | ) |
| Plaintiff, | ) **COMPLAINT FOR COPYRIGHT** |
| | ) **INFRINGEMENT** |
| v. | ) |
| | ) |
| SYED NAQVI, aka "easy deen" an Individual; | ) |
| | ) <u>DEMAND FOR A JURY TRIAL</u> |
| Defendant. | ) |
| | ) |

Plaintiff alleges the following on information and belief:

## INTRODUCTION

1. This is an action for copyright infringement under the Copyright Act of the United, 17 U.S.C. §§101 *et seq.*

2. Plaintiff is the creator and owner of certain copyright protected audio/ video productions. Defendants copied and/or reproduced Plaintiff's copyrighted audio/video productions, and/ or manufactured, distributed, marketed, and/or used without receiving prior permission of the Plaintiff. Plaintiff seeks all relief available for copyright infringement under the Copyright Act of the United, 17 U.S.C. §§101 *et seq.*

## JURISDICTION AND VENUE

3. This Court has jurisdiction of this action under Federal Copyright Laws, 28 U.S.C. §1331, and §1338(a).

4. Venue is proper in this district under 28 U.S.C. §1391 (b)(2), as a substantial part of the property that is subject of the action is situated in this district.

**THE PARTIES**

5. Plaintiff, HASSAN ALLAHYAR  is a video producer with his production studios, and production material storage facility, located in the State of California, County of San Diego, City of Poway.

6. HASSAN ALLAHYARI, is and at all times herein mentioned, was the original producer of the copyrighted material that is the subject of this action.

7. Defendant, SYED NAQVI, aka "easy deen" , is an individual, and on information and belief, was the owner, and/ or YouTube  registrant, who uploaded to YouTube, under the following URLs:

    1. http://www.youtube.com/watch?v=yxBGFuXoZn0;

    2. http://www.youtube.com/watch?v=tlR-8kedkDY; and

    3. http://www.youtube.com/watch?v=EWvsAvgD3BA.

**FIRST CAUSE OF ACTION FOR COPYRIGHT INFRINGEMENT**

8. Plaintiff hereby  incorporates by this reference paragraphs 1 through 8 of this Complaint as though fully set forth at this point.

9. Plaintiff has complied with the laws governing copyrights, and has secured the exclusive rights and privileges in and to the copyright at issue in this action.

10. Defendant has infringed, directly or through agents, Plaintiff's copyright protected material titled: *Eyyaka Nabodo wa Eyaka Nastaeen by Hassan Allahyari urdu | shia vs sunni Nazriya Allahyari*, uploaded to YouTube, under the following URL: http://www.youtube.com/watch?v=yxBGFuXoZn0

11. On information and belief, Defendant has infringed Plaintiff's copyrights by, copying Plaintiff's copyright protected material, and/ or creating derivative works from Plaintiff's copyrighted material, and/ or reproducing Plaintiff's copyrighted material listed above.

12. Plaintiff has been, and still is the sole proprietor of all rights, title, and interest in its copyrighted material. Defendant's  use, production, distribution, sale, copying and/ or reproduction of Plaintiff's copyrights is and has been without the consent and/ or authorization of Plaintiff. The activities of Defendant complained of herein constitute willful and intentional infringement of

1  Plaintiff's copyrights and are in total disregard of Plaintiff's rights.

2      13. Plaintiff has no adequate remedy at law and is suffering irreparable harm and damage as

3  a result of the acts of Defendant in an amount thus far not determined.

4      14. As a result of such infringement, Plaintiff seeks all remedies available to it, pursuant to

5  the Copyright Act, including, but not limited to:

6          a. Actual damages suffered by Plaintiff as a result of the infringement pursuant to 17

7          U.S.C. §504(b).

8          b. Any profits of Defendants that are attributable to the infringement and are not

9          taken into account in computing the actual damages pursuant to 17 U.S.C. §504(b).

10          c. Statutory damages, at Plaintiff's election instead of actual damages, and profits,

11          for all infringements involved in this action, with respect to any one work, for which

12          any one Defendant is liable individually, or for which Defendant is liable jointly and

13          severally with another, in a sum not less than $750, or more than $30,000, as the

14          Court considers just pursuant to 17 U.S.C. §504(c)(1). To the extent the Court finds

15          that infringement was committed willfully, the Court in its  discretion may increase

16          the award of statutory damages to a sum of not more than $150,000, per violation,

17          pursuant to 17 U.S.C. §504(c)(2).

18  **SECOND  CAUSE OF ACTION FOR COPYRIGHT INFRINGEMENT**

19      15. Plaintiff hereby incorporates by this reference paragraphs 1 through 15 of this Complaint

20  as though fully set forth at this point.

21      16. Plaintiff has complied with the laws governing copyrights, and has secured the exclusive

22  rights and privileges in and to the copyright at issue in this action.

23      17. Defendant has infringed, directly or through agents, Plaintiff's copyright protected

24  material titled: *Abu Bakar 'Umar Nabi sw Kay Sath dafan Hai Reply by Hassan Allahyari | abubakar*

25  *umar ka waqia,* and *Caller Ask About Mufti Fazal Hamdard vs Engineer Ali Mirza Situation |*

26  *Hassan  Allahyari  |  shia* uploaded to YouTube, under the following URL:

27  http://www.youtube.com/watch?v=tlR-8kedkDY.

28      18. On information and belief, Defendant has infringed Plaintiff's copyrights by, copying

Plaintiff's copyright protected material, and/ or creating derivative works from Plaintiff's copyrighted material, and/ or reproducing Plaintiff's copyrighted material listed above.

19. Plaintiff has been, and still is the sole proprietor of all rights, title, and interest in its copyrighted material. Defendant's use, production, distribution, sale, copying and/ or reproduction of Plaintiff's copyrights is and has been without the consent and/ or authorization of Plaintiff. The activities of Defendant complained of herein constitute willful and intentional infringement of Plaintiff's copyrights and are in total disregard of Plaintiff's rights.

20. Plaintiff has no adequate remedy at law and is suffering irreparable harm and damage as a result of the acts of Defendant in an amount thus far not determined.

21. As a result of such infringement, Plaintiff seeks all remedies available to it, pursuant to the Copyright Act, including, but not limited to:

a. Actual damages suffered by Plaintiff as a result of the infringement pursuant to 17 U.S.C. §504(b).

b. Any profits of Defendants that are attributable to the infringement and are not taken into account in computing the actual damages pursuant to 17 U.S.C. §504(b).

c. Statutory damages, at Plaintiff's election instead of actual damages, and profits, for all infringements involved in this action, with respect to any one work, for which any one Defendant is liable individually, or for which Defendant is liable jointly and severally with another, in a sum not less than $750, or more than $30,000, as the Court considers just pursuant to 17 U.S.C. §504(c)(1). To the extent the Court finds that infringement was committed willfully, the Court in its discretion may increase the award of statutory damages to a sum of not more than $150,000, per violation, pursuant to 17 U.S.C. §504(c)(2).

**THIRD CAUSE OF ACTION FOR COPYRIGHT INFRINGEMENT**

22. Plaintiff hereby incorporates by this reference paragraphs 1 through 22 of this Complaint as though fully set forth at this point.

23. Plaintiff has complied with the laws governing copyrights, and has secured the exclusive rights and privileges in and to the copyright at issue in this action.

- 4 -

24. Defendant has infringed, directly or through agents, Plaintiff's copyright protected material titled: *(Live Q&A Session 6 ) Debate, Discussion and Q&A*, uploaded to YouTube, under the following URL:  .http://www.youtube.com/watch?v=EWvsAvgD3BA.

25. On information and belief, Defendant has infringed Plaintiff's copyrights by, copying Plaintiff's copyright protected material, and/ or creating derivative works from Plaintiff's copyrighted material, and/ or reproducing Plaintiff's copyrighted material listed above.

26. Plaintiff has been, and still is the sole proprietor of all rights, title, and interest in its copyrighted material. Defendant's use, production, distribution, sale, copying and/ or reproduction of Plaintiff's copyrights is and has been without the consent and/ or authorization of Plaintiff. The activities of Defendant complained of herein constitute willful and intentional infringement of Plaintiff's copyrights and are in total disregard of Plaintiff's rights.

27. Plaintiff has no adequate remedy at law and is suffering irreparable harm and damage as a result of the acts of Defendant in an amount thus far not determined.

28. As a result of such infringement, Plaintiff seeks all remedies available to it, pursuant to the Copyright Act, including, but not limited to:

   a. Actual damages suffered by Plaintiff as a result of the infringement pursuant to 17 U.S.C. §504(b).

   b. Any profits of Defendants that are attributable to the infringement and are not taken into account in computing the actual damages pursuant to 17 U.S.C. §504(b).

   c. Statutory damages, at Plaintiff's election instead of actual damages, and profits, for all infringements involved in this action, with respect to any one work, for which any one Defendant is liable individually, or for which Defendant is liable jointly and severally with another, in a sum not less than $750, or more than $30,000, as the Court considers just pursuant to 17 U.S.C. §504(c)(1). To the extent the Court finds that infringement was committed willfully, the Court in its  discretion may increase the award of statutory damages to a sum of not more than $150,000, per violation, pursuant to 17 U.S.C. §504(c)(2).

///

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment and/ or orders as follows

**FIRST CAUSE of ACTION**

1. That the Defendant be held to have infringed, directly, or otherwise, Plaintiff's copyrights;

2. That the Defendant be required to account for all gains, profits, and advantages derived from each of its infringements of Plaintiff's copyrights and to pay Plaintiff such damages as Plaintiff has sustained in consequence of each of the Defendants' infringements, or such damages as this Court shall appear proper within the provisions of the Copyright Laws.;

3. That all of the products and/ or derivative works used to perpetrate the infringing acts herein complained of be seized, impounded, and destroyed;

4. That a preliminary and permanent injunction be issued restraining and enjoining Defendants and Defendant's officers, agents, attorneys, directors, employees, and those acting in privity or in concert with them, from directly or indirectly using, in any fashion or form, any of Plaintiff's copyrighted works, including but not limited to, the material contained in URL: http://www.youtube.com/watch?v=yxBGFuXoZn0;

5. That all gains, profits and advantages derived by Defendant from their acts of infringement and other violations of law be deemed to be held in constructive trust for the benefit of Plaintiff to avoid dissipation and/ or fraudulent transfers of such monies by Defendant;

6. That the Defendant be ordered to pay compensatory damages;

7. That the Defendant be ordered to pay Plaintiff's cost of suit, expenses, and attorney fees incurred;

8. Such other and further relief as this Court may deem just and proper.

**SECOND CAUSE of ACTION**

1. That the Defendant be held to have infringed, directly, or otherwise, Plaintiff's copyrights;

2. That the Defendant be required to account for all gains, profits, and advantages derived from each of its infringements of Plaintiff's copyrights and to pay Plaintiff such damages as Plaintiff has sustained in consequence of each of the Defendants' infringements, or such damages as this Court shall appear proper within the provisions of the Copyright Laws.;

3. That all of the products and/ or derivative works used to perpetrate the infringing acts herein complained of be seized, impounded, and destroyed;

4. That a preliminary and permanent injunction be issued restraining and enjoining Defendants and Defendant's officers, agents, attorneys, directors, employees, and those acting in privity or in concert with them, from directly or indirectly using, in any fashion or form, any of Plaintiff's copyrighted works, including but not limited to, the material contained in URL: http://www.youtube.com/watch?v=tlR-8kedkDY;

5. That all gains, profits and advantages derived by Defendant from their acts of infringement and other violations of law be deemed to be held in constructive trust for the benefit of Plaintiff to avoid dissipation and/ or fraudulent transfers of such monies by Defendant;

6. That the Defendant be ordered to pay compensatory damages;

7. That the Defendant be ordered to pay Plaintiff's cost of suit, expenses, and attorney fees incurred;

8. Such other and further relief as this Court may deem just and proper.

**THIRD  CAUSE of ACTION**

1. That the Defendant be held to have infringed, directly, or otherwise, Plaintiff's copyrights;

2.  That the Defendant be required to account for all gains, profits, and advantages derived from each of its infringements of Plaintiff's copyrights and to pay Plaintiff such damages as Plaintiff has sustained in consequence of each of the Defendants' infringements, or such damages as this Court shall appear proper within the provisions of the Copyright Laws.;

3. That all of the products and/ or derivative works used to perpetrate the infringing acts herein complained of be seized, impounded, and destroyed;

4. That a preliminary and permanent injunction be issued restraining and enjoining Defendants and Defendant's officers, agents, attorneys, directors, employees, and those acting in privity or in concert with them, from directly or indirectly using, in any fashion or form, any of Plaintiff's copyrighted works, including but not limited to, the material contained in URL: http://www.youtube.com/watch?v=EWvsAvgD3BA;

5. That all gains, profits and advantages derived by Defendant from their acts of infringement

and other violations of law be deemed to be held in constructive trust for the benefit of Plaintiff to avoid dissipation and/ or fraudulent transfers of such monies by Defendant;

   6. That the Defendant be ordered to pay compensatory damages;

   7. That the Defendant be ordered to pay Plaintiff's cost of suit, expenses, and attorney fees incurred;

   8. Such other and further relief as this Court may deem just and proper.

Dated: May 2, 2023                    By:   s/s Michael P. Duff
                                      Michael P. Duff,
                                      Attorney for Plaintiff

                                      1717 E. Vista Chino, Suite A7
                                      Palm Springs, California 92262
                                      Telephone: (760) 420-9298

                                      *Attorney for Plaintiff,* Hassan Allahyar


## **DEMAND FOR JURY A JURY TRIAL**

   Plaintiff demands a trial by jury on all causes of action so triable.


Dated: May 2, 2023                    By:   s/s Michael P. Duff
                                      Michael P. Duff,
                                      Attorney for Plaintiff

                                      1717 E. Vista Chino, Suite A7
                                      Palm Springs, California 92262
                                      Telephone: (760) 420-9298

                                      *Attorney for Plaintiff,* Hassan Allahyar